UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE ELTON MOSLEY,

    Plaintiff,

    v.

G. BOYD TARIN, et al.,

    Defendants.

Case No. 20-cv-06108-SI

**JUDGMENT**

On January 4, 2021, the Court GRANTED defendants' Motion to Dismiss for lack of subject matter jurisdiction, DENIED plaintiff's Motion to Dismiss Child Support, and dismissed plaintiff's complaint with prejudice. Dkt. No. 26. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 5, 2021

SUSAN ILLSTON
United States District Judge